UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                     Case No. 8:08-cv-2100-T-30TGW

PIPO'S TO GO, INC. and
C.S.C. RESTAURANT, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Response to the Court's Order to Show Cause (Dkt. #7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Settlement (Dkt. #7-2) and Revised Stipulation Regarding Plaintiffs' Monetary Relief, Attorney's Fees, Litigation Expenses and Costs (Dkt. #8) are APPROVED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 13, 2009.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Felix G. Santana, Registered Agent for C.S.C. Restaurant, Inc.
    7233 W. Hillsborough Avenue, Tampa, FL 33634
Ramon Hernandez, Registered Agent for Pipo's to Go, Inc.
    7222 Hubert Avenue, Tampa, FL 33614

S:\Even\2008\08-cv-2100.dismissal 7.wpd